COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      John B. Kennedy v. The State of Texas

Appellate case number:    01-12-01142-CV

Trial court case number:  1237940

Trial court:              178th District Court of Harris County

On July 18, 2013, appellant, John B. Kennedy, filed an affidavit of indigence in this court in the above-referenced matter. *See* TEX. R. APP. P. 20.1(a)(2). On July 24, 2013, the Clerk of this Court sent a copy of the affidavit to the trial court clerk. *See* TEX. R. APP. P. 20.1(c)(1), (d)(2). On January 2, 2014, the district clerk filed a clerk's record on indigence, reflecting that no contest to the affidavit of indigence was filed. *See* TEX. R. APP. P. 20.1(e). Therefore the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

It is further **ORDERED** that the court reporter file with this Court, within 30 days of the date of this order and at no cost to appellant, the reporter's record. *See* TEX. R. APP. P. 20.1(k).

Because the clerk's record has already been filed in this case, Appellant's brief is **ORDERED** filed with this Court within 30 days after the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date the appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ Laura C. Higley
                   ☑ Acting individually     ☐ Acting for the Court

Date: January 14, 2014